# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | :  MDL Docket No. 4:03CV1507-WRW | |
| | :  4:07CV00506 | |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| RACHEL FLEEGER | : | PLAINTIFFS |
| v. | : | |
| WYETH, et al. | : | DEFENDANTS |

## ORDER

Based on the findings of fact and conclusions of law made in the Status Conference this morning, Defendants' Motion to Certify Question to the Minnesota Supreme Court (Doc. No. 10) is GRANTED.  The Motion for Summary Judgment Re: Statute of Limitations (Doc. No. 10) is DENIED without prejudice, and may be refiled following a decision by the Minnesota Supreme Court

Accordingly, by 5 p.m., Wednesday, November 26, 2008, the parties are to meet and confer and submit a certification question (similar to the one distributed in the Status Conference) that accurately describes the issue for the Minnesota Supreme Court.  The parties should also supply me with the necessary papers to commence the certification process.

IT IS SO ORDERED this 21st day of November, 2008.

/s/ Wm. R.Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1