RECEIVED
MAIL ROOM
JAN 15 2009
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

STATE OF MINNESOTA

IN SUPREME COURT

A08-2124

OFFICE OF
APPELLATE COURTS
JAN 12 2009
FILED

Rachel Fleeger,

        Plaintiff,

vs.

Wyeth, and its division Wyeth Pharmaceuticals, Inc.,

        Defendants,

Greenstone, Ltd.,

        Defendant.



ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.    The question certified to this court by the United States District Court, Eastern District of Arkansas, by order dated December 1, 2008, and filed in this court on December 8, 2008, is accepted pursuant to Minn. Stat. § 480.065 (2006), reformulated as follows:

> In a case commenced in Minnesota, does the Minnesota statute of limitations apply to the personal injury claims of a non-Minnesota resident against a defendant not a resident of Minnesota, where the events giving rise to the claims did not occur in Minnesota and took place before August 1, 2004?

1

2.     Defendants Wyeth, its division Wyeth Pharmaceuticals, Inc., and Greenstone, Ltd. shall file 12 bound copies and 2 unbound copies and serve on plaintiff 2 copies of their briefs in the above-entitled matter within 30 days of the date of filing of this order.

3.     Plaintiff Rachel Fleeger shall file 12 bound copies and 2 unbound copies and serve on each defendant 2 copies of her brief within 30 days after service of defendants' briefs.

4.     Defendants may file and serve reply briefs within 10 days after service of plaintiff's brief.

5.     Briefs shall comply with the requirements specified in Minn. R. Civ. App. P. 132. Defendants' briefs shall follow the format for briefs of appellants, and plaintiff's brief shall follow the format for briefs of respondents under the rule.

6.     Following completion of briefing, this matter shall be scheduled for oral argument; the clerk shall notify the parties as to the time and place of hearing.

7.     Pursuant to Minn. Stat. § 480.065, subd. 10 (2006), the filing fee of $500 payable to the Clerk of Appellate Courts shall be payable half by the plaintiff and half by the defendants.

Dated:  January 12, 2009

BY THE COURT:

Eric J. Magnuson
Chief Justice