RECEIVED MAIL ROOM
JAN 26 2009
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

STATE OF MINNESOTA

IN SUPREME COURT

A08-2124

OFFICE OF APPELLATE COURTS
JAN 22 2009
FILED

Rachel Fleeger,

    Plaintiff,

vs.

Wyeth, and its division Wyeth Pharmaceuticals, Inc.,

    Defendants,

Greenstone, Ltd.,

    Defendant.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 26 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK
4:07 cv 00506 WRW

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the request of Novartis Pharmaceuticals Corporation, Barr Laboratories, Inc., Duramed Pharmaceuticals, Inc., King Pharmaceuticals Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Warner-Chilcott, and Watson Laboratories, Inc., to serve and file a brief as amicus curiae in the above-entitled matter in support of defendants, who are filing in the manner of appellants here, be, and the same is, granted. Said brief shall be served in accordance with Minn. R. Civ. App. P. 129 and 132. Amicus will not be permitted to participate in oral argument.

Dated: January 22, 2009

                          BY THE COURT:

                          Eric J. Magnuson
                          Chief Justice