Case 4:07-cv-00506-BRW   Document 27   Filed 02/06/09   Page 1 of 2

RECEIVED
MAIL ROOM
FEB - 6 2009
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

OFFICE OF
APPELLATE COURTS
JAN 30 2009
FILED

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 06 2009
JAMES W. McCORMACK, CLERK
By: _____ DEPUTY CLERK

4:07cv00506 WRW

STATE OF MINNESOTA

IN SUPREME COURT

A08-2124

Rachel Fleeger,

          Plaintiff,

vs.

Wyeth, and its division Wyeth Pharmaceuticals, Inc.,

          Defendants,

Greenstone, Ltd.,

          Defendant.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motions of Bayer Corporation, Pharmaceutical Research and Manufacturers of America, and Product Liability Advisory Council, Inc., to serve and file briefs as amici curiae in support of defendants, who are filing in the manner of appellants here, be, and the same are, granted.

IT IS FURTHER ORDERED that the motion of the Minnesota Association for Justice to serve and file a brief as amicus curiae in support of plaintiff, who is filing in the manner of respondent here, be, and the same is, granted.

All amici participating in this matter are reminded that the principle espoused in Rule 37(1) of the Rules of the Supreme Court of the United States is applicable in this court as well:

> An *amicus curiae* brief that brings to the attention of the Court relevant matter not already brought to its attention by the parties may be of considerable help to the Court. An *amicus curiae* brief that does not serve this purpose burdens the Court, and its filing is not favored.

Amici are encouraged to coordinate with the parties whose position they support and with similar amici to avoid redundant briefing.

All briefs shall be served in accordance with Minn. R. Civ. App. P. 129 and 132. Amici will not be permitted to participate in oral argument.

Dated: January 30, 2009

BY THE COURT:

_____
Eric J. Magnuson
Chief Justice