RECEIVED
MAIL ROOM
MAR 13 2009
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

OFFICE OF
APPELLATE COURTS
MAR 9 2009
FILED

STATE OF MINNESOTA

IN SUPREME COURT

A08-2124

Rachel Fleeger,

        Plaintiff,

vs.

Wyeth, and its division Wyeth Pharmaceuticals, Inc.,

        Defendant,

Greenstone, Ltd.,

        Defendant.

4:07cv506

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion of Rachel Fleeger for an extension of time to serve and file plaintiff's brief be, and the same is, granted to include March 23, 2009.

IT IS FURTHER ORDERED that the deadline for service and filing of defendants' reply brief be, and the same is, extended to April 6, 2009, or such later date as may be applicable under Minn. R. Civ. App. P. 131.01, subd. 3(b).

Dated: March 9, 2009

                              BY THE COURT:

                              Eric J. Magnuson
                              Chief Justice