RECEIVED
MAIL ROOM
MAR 3 0 2009
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

OFFICE OF
APPELLATE COURTS
MAR 24 2009
FILED

STATE OF MINNESOTA

IN SUPREME COURT

A08-2124

Rachel Fleeger,

        Plaintiff,

vs.

Wyeth, and its division Wyeth Pharmaceuticals, Inc.,

        Defendant,

Greenstone, Ltd.,

        Defendant.

## ORDER

*4:07 cv 506*

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion of Rhett A. McSweeney to admit Martin D. Crump, Davis & Feder, P.A., pro hac vice in the above-entitled matter be, and the same is, granted.

Dated: March 24, 2009

BY THE COURT:

Eric J. Magnuson
Chief Justice