STATE OF MINNESOTA

IN SUPREME COURT

A08-2124

OFFICE OF
APPELLATE COURTS

APR 1 4 2009

FILED

RECEIVED
MAIL ROOM

APR 1 7 2009

U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

Rachel Fleeger,

Plaintiff,

vs.

Wyeth, and its division Wyeth
Pharmaceuticals, Inc.,

Defendants,

Greenstone, Ltd.,

Defendant.

4:07cv00506 WRW

ORDER

Based on all the files, records and proceedings therein,

IT IS HEREBY ORDERED that the motion of Wyeth, and its division Wyeth

Pharmaceuticals, Inc., and Greenstone, Ltd., to reschedule the argument in the above-

entitled matter from May 7, 2009 to the June 2009 calendar be, and same is, denied.

IT IS FURTHER ORDERED that the matter is stricken from the May 7, 2009

calendar and is rescheduled for Tuesday, May 5, 2009 as the second case.

IT IS FURTHER ORDERED that the motion of Edward F. Fox to admit F. Lane

Heard, III, Williams & Connolly, LLP, pro hac vice be, and the same is, granted.

Dated:  April 14, 2009

BY THE COURT:

Eric J. Magnuson
Chief Justice